UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS DEMARK DENNIS,

    Defendant.

Case No. MJ25-010

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged by complaint with one count of possession of cocaine with intent to distribute. Defendant is currently on supervised release with two violations pending before Judge Jones and a third violation based on this charge was signed by Judge Jones and posted during this hearing but was not addressed due to time constraints for the Court and Defendant's attorney. Defendant is viewed as a risk of nonappearance for the following reasons:

DETENTION ORDER - 1

the charge of committing new Federal crime while on active supervised release; association with multiple social security numbers, dates of birth, and aliases; and allegedly fleeing from police in this alleged new Federal crime. The defendant is viewed as a risk of danger based on his criminal history, the nature of alleged offense, and noncompliance while on supervision.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant may reargue this detention order when he appears before a Magistrate Judge on the third supervision violation, especially if additional information is presented regarding a scheduled knee replacement surgery and the discharge plan from said surgery. Defendant's attorney argued for his release but had no confirming documentation to present to the Court. Should additional medical documentation be available then the Court may revisit this Order, without prejudice.

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this __10th__ day of __January__, 2025.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 3